**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

**ALICIA A. BIEDENKAPP**, sui juris
Plaintiff, In Proper Persona

v.

**JOHN HOGAN, Hogan et al.:**
*(This emergency application pertains specifically to Defendants Scott D. Bullock, John Quattro, Duty Rejig, Inc., and the Bergen County Sheriff's Office, and is not directed at the remaining individuals named in the broader action.)*
Defendants.

Civil Action No. 2:25-cv-09466

---

# EMERGENCY MOTION TO REINSTATE CASE,

# VACATE VOID JUDGMENT, AND REASSERT TRO

# PURSUANT TO RULES 59(e), 60(b)(4), AND 65(b)

---

TO THE HONORABLE COURT:

NOW COMES Plaintiff, **Alicia A. Biedenkapp**, sui juris, and respectfully moves this Court to:

1. Alter or amend the Judgment entered on September 5, 2025 under Fed. R. Civ. P. 59(e);
2. Vacate the Judgment as void under Fed. R. Civ. P. 60(b)(4);
3. Reassert the Emergency Temporary Restraining Order (TRO) under Fed. R. Civ. P. 65(b).

This motion is supported by Plaintiff's Declaration (28 U.S.C. § 1746) and Exhibits A through S.

---

# I. FEDERAL JURISDICTION AND ORIGIN OF THE CASE